TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email:  adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2026 APR 22   PM 3: 35

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR26-01856 TUC-RM(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Enrique Medina,<br><br>                    Defendant. | **I N D I C T M E N T**<br><br>Violations:<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Cocaine)<br>Count 2<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Use/Carrying of a Firearm during a Drug Trafficking Crime)<br>Count 3<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm by a Prohibited Person)<br>Count 4<br><br>18 U.S.C. § 924(d); 21 U.S.C. § 853<br>28 U.S.C. § 2461(c)<br>(Forfeiture) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 9, 2026, in the District of Arizona, defendant ENRIQUE MEDINA did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about January 9, 2026, in the District of Arizona, defendant ENRIQUE MEDINA did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about January 9, 2026, in the District of Arizona, defendant ENRIQUE MEDINA did knowingly carry and use a firearm, that is, one (1) Taurus Ultra-Lite Titanium .44 caliber revolver, during and in relation to a drug trafficking crime, that is, Possession with Intent to Distribute, as alleged in Counts 1 and 2 of this indictment, a felony crime prosecutable in a Court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about January 9, 2026, in the District of Arizona, defendant ENRIQUE MEDINA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, to wit: one (1) Taurus Ultra-Lite Titanium .44 caliber revolver, and thirty-seven (37) rounds of various caliber ammunition

*United States of America v. Enrique Medina*
*Indictment Page 2 of 4*

of various manufacture.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, defendant, ENRIQUE MEDINA, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations, including but not limited to: one (1) Taurus Ultra-Lite Titanium .44 caliber revolver, thirty-seven (37) rounds of various caliber ammunition of various manufacture, and any associated magazines and revolver cylinders.

Upon conviction of the offense alleged in Counts 3 through 4 of this Indictment, defendant, ENRIQUE MEDINA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Taurus Ultra-Lite Titanium .44 caliber revolver, thirty-seven (37) rounds of various caliber ammunition of various manufacture, and any associated magazines and revolver cylinders.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

*United States of America v. Enrique Medina*
*Indictment Page 3 of 4*

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: April 22, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Enrique Medina*
*Indictment Page 4 of 4*